UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VASQUEZ and GERALDLYN VASQUEZ<br><br>Plaintiffs,<br><br>v.<br><br>UNTIED STATES OF AMERICA; DOES 1-10; and ROE corporations 1-10<br><br>Defendants. | Case No.:  20cv1938 JM(WVG)<br><br>**ORDER ON EX-PARTE REQUEST TO SUBSTITE ATTORNEY** |

Having reviewed Plaintiffs' *Ex-Parte* Motion to Substitute Attorney, (Doc. No. 5), the court finds good cause exists to grant Plaintiffs' Motion. Ms. Kathryn P. Cooney, of the Cooney Law Office, has been retained as new counsel to represent Plaintiffs. Accordingly, the court ORDERS that Ms. Cynthia Chihak, of Cynthia R Chihak and Associates, be removed from the court's electronic notification list.

IT IS SO ORDERED.

Dated:  December 16, 2020

_____
Hon. Jeffrey T. Miller
United States District Judge